UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MONICA BARBA, et al.,<br><br>          Plaintiffs,<br>     v.<br><br>IMPAX LABORATORIES, INC.,<br><br>          Defendant.<br>_____/ | No. 3:15-mc-80106 (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

   Plaintiffs Monica Barba and Jonathan Reisman have filed a motion to compel the production of discovery from Defendant Impax Laboratories. The moving papers reflect that as recently as March 26, 2015, Impax represented that it would produce materials that Plaintiffs would deem to be in compliance with the subpoena. That apparently did not happen and instead Plaintiffs filed this motion, which may not have been served on Impax and which was not noticed for a hearing.

   Under the circumstances, the court's view is that its joint letter brief process (set forth in the attached standing order) will provide a faster resolution of this dispute. That process requires that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person if counsel are local and thereafter submit a joint letter brief to the court with information about any unresolved disputes. Given the delays recounted in the motion, Plaintiffs may incorporate by reference the argument they raise in their motion. The must provide a copy to Impax. Impax then must reply to Plaintiffs within two business days with their position in

NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES
C 3:15-mc-80106 (LB)

no more than three pages and email a word-processible version of the letter to Plaintiffs, who may add a one-page reply and file the joint letter. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." The court will look at the letter immediately and either set it for an immediate hearing or order the appropriate relief.

**IT IS SO ORDERED.**

Dated: April 6, 2015

_____
LAUREL BEELER
United States Magistrate Judge